# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN JOHNSON | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-649 |
| | § | Judge Schneider/Judge Mazzant |
| COCA-COLA REFRESHMENTS USA, INC. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 3, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss Judicial Proceeding and Compel Arbitration (Dkt. No. 6) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss Judicial Proceeding and Compel Arbitration (Dkt. No. 6) is GRANTED. Plaintiff shall submit all of his disputes against Defendant to arbitration in accordance with the terms of the Solutions Program. This case is

DISMISSED with prejudice, except to enforce any arbitration award.

**It is SO ORDERED.**

**SIGNED this 1st day of March, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE